

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = You Cant Quarantine love
Search Results: Displaying 1 of 1 entries

[previous] [next]



**Labeled View**

### *You Cant Quarantine Love.*

- **Type of Work:** Visual Material
- **Registration Number / Date:** VA0002208102 / 2020-05-08
- **Application Title:** You Cant Quarantine Love.
- **Title:** You Cant Quarantine Love.
- **Description:** Electronic file (eService).
- **Copyright Claimant:** Ruben Rojas. Address: 2627 highland ave, apt 4, santa monica, CA, 90405, United States.
- **Date of Creation:** 2020
- **Date of Publication:** 2020-03-27
- **Nation of First Publication:** United States
- **Authorship on Application:** Ruben Rojas; Citizenship: United States. Authorship: 2-D artwork.
- **Rights and Permissions:** Ruben Rojas, (818) 324-4539, (310) 279-2549, ruben@rubenrojas.com
- **Names:** Rojas, Ruben

[previous] [next]

Save, Print and Email (Help Page)

| Select Download Format | Full Record ◊ | Format for Print/Save |

Enter your email address:  [       ]  Email