Case 1:21-cv-07919-MKV   Document 1-4   Filed 09/23/21   Page 1 of 1

