EXPECT SLIGHT SHIPPING DELAYS DUE TO COVID-19

🔒 rubenrojas.com

Shop Clothing ›    Shop Art ›    About ›    Connect ›

# 'You Can't Quarantine Love' Tee

$40.00

4 interest-free payments of $10.00. **Klarna.** Learn more

**SIZE**

| XS | S | M | L | XL | XXL |

| XXXL |

**COLOR** — Black

**Pre-order**

Press how you feel and wear love everywhere

Rewards