**Valente LLC**
1121 Old Walt Whitman Rd., Suite
Melville, New York 11747

valente.law

**Lauren Valente**
lauren@valente.law

# VALENTE LAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021
```

December 22, 2021

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

    Re:    Plaintiffs' Request for Extension of Time to Serve the Request to Waive Service of Summons; *Ruben Rojas, Inc. v. Ruben Rojas, Individually v. ooShirts Inc. d/b/a TeeChip et al.;* Civil Action No. 1:21-cv-07919

Dear Judge Vyskocil:

I represent Plaintiffs Ruben Rojas, Inc. and Ruben Rojas, Individually, in connection with the above referenced matter.

Please allow this letter to serve as a formal request Pursuant to Federal Rules of Civil Procedure ("FRCP") 4(m) to extend Plaintiffs' time to serve the Request to Waive Service Summons until December 31, 2021. The original date for such Request to Waive Service of Summons is today, December 22, 2021. This is the first time Plaintiffs are making such request for an extension of time to serve the Waiver.

Plaintiffs make the within request as I am a solo practitioner that is pregnant, with ongoing COVID-19 complications over the past several weeks. Opposing counsel agreed to accept service as we have participated in ongoing faith discussions regarding settlement.

Please free to contact me with any questions. Thank you.

**Granted. SO ORDERED.**

Date: 12/22/2021
New York, New York

_____
Mary Kay Vyskocil
United States District Judge

Sincerely,

*Lauren Valente*
Lauren Valente