Valente LLC
1121 Old Walt Whitman Rd., Suite
Melville, New York 11747

valente.law

Lauren Valente
lauren@valente.law



February 18, 2022

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

      Re:   On Consent - Plaintiffs' Request for Extension of Time to Reply to Defendants' Request for Pre-Motion Conference to File Motion to Dismiss; *Ruben Rojas, Inc. v. Ruben Rojas, Individually v. ooShirts Inc. d/b/a TeeChip et al.;* Civil Action No. 1:21-cv-07919

Dear Judge Vyskocil:

    I represent Plaintiffs Ruben Rojas, Inc. and Ruben Rojas, Individually, in connection with the above referenced matter.

    Please allow this letter to serve as a formal request to extend Plaintiffs' time to file a response to Defendants' Request for Pre-Motion Conference to File Motion to Dismiss until February 22, 2022. The within request is on consent of Defendants' counsel. The original date for Plaintiffs' response to the Defendants' Request for Pre-Motion Conference is February 18, 2022. This is the first time Plaintiffs are making such request for an extension of time to reply to the Request for Pre-Motion Conference to File Motion to Dismiss.

    Plaintiffs make the within request as new facts regarding the alleged copyright infringement, potentially impacting the within-referenced reply, were discovered this morning by Plaintiffs' counsel and are actively being discussed with Defendants' counsel. In addition, I had a baby on January 20, 2022 and I am currently on maternity leave.

    Please free to contact me with any questions. Thank you.

                                                    Sincerely,

                                                   Lauren Valente