IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBEN ROJAS INC. and RUBEN ROJAS, Individually,<br><br>      Plaintiffs,<br><br>  v.<br><br>OOSHIRTS INC. d/b/a TEECHIP, OOSHIRTS EXPORTS INC., LITTLE RAYMOND'S PRINT SHOP INC., LITTLE RAYMOND'S EXPORTS INC., CHIP, INC., and RAYMOND LEI, Individually, and JOHN DOE,<br><br>      Defendants. | Case No.: 1:21-cv-07919-MKV<br><br>[~~PROPOSED~~] JUDGMENT<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/7/2022 |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants ooShirts, Inc. d/b/a Teechip, ooShirts Exports Inc., Little Raymond's Print Shop Inc., Little Raymond's Exports Inc., Chip, Inc., and Raymond Lei (collectively "Defendants"), having offered to allow Plaintiffs Ruben Rojas Inc. and Ruben Rojas ("Plaintiffs") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 7, 2022 and filed as Exhibit "A" to the Notice of Acceptance of Offer of Judgment (Docket No. 26);

**WHEREAS**, on February 22, 2022, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Rule 68 Offer of Judgment (Docket No. 26, Exhibit "A");

/ / /

/ / /

/ / /

/ / /

/ / /

It is hereby **ORDERED AND ADJUDGED** that judgment be entered in favor of Plaintiffs in the amount of $40,000.01 ("Forty Thousand Dollars and One Cent") in satisfaction of all claims, costs, attorneys' fees and expenses in this action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment filed as Exhibit "A" to the Notice of Acceptance of Offer of Judgment. The Clerk is directed to close the case.

Dated: New York, New York
   March 7, 2022

                  _____
                  United States District Judge